NO. SCEC-12-0000714

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

KHISTINA CALDWELL DEJEAN, Plaintiff,

vs.

SCOTT NAGO, Chief Election Officer, Office of Elections,
State of Hawaiʻi; and DAVID M. LOUIE, Attorney General,
State of Hawaiʻi, Defendants.

———————————————————————————————————

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

Upon consideration of plaintiff Khistina Caldwell DeJean's motion for reconsideration, filed November 2, 2012, the documents submitted in support thereof, and the record, it appears that the motion for reconsideration is untimely. See HRAP 40(a) ("A motion for reconsideration may be filed by a party only within 10 days after the filing of the opinion, dispositional order, or ruling unless by special leave additional time is granted during such period by a judge or justice of the appellate court involved."). Therefore,

IT IS HEREBY ORDERED that the motion for reconsideration is dismissed.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall not accept any further filings in this closed case.

DATED: Honolulu, Hawaiʻi, November 13, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

